IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01901-ZLW

LARRY WHITE,

       Applicant,

v.

LOU A. HESSE, Supt. CCF,
JOE ORTIZ, Exec. Dir., CDOC, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

       Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Weinshienk, Senior Judge

       Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

       ORDERED that a certificate of appealability will not be issued.

       DATED at Denver, Colorado this  9  day of            March            , 2007.

       BY THE COURT:

       ZITA L. WEINSHIENK, Senior Judge
       United States District Court