# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01901-ZLW

LARRY WHITE,

    Applicant,

v.

LOU A. HESSE, Supt. CCF,
JOE ORTIZ, Exec. Dir., CDOC, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 2 7 2007**

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the document filed March 23, 2007, titled "Motion for Demand for Judgement [sic], Pursuant to Tule 54, of the Federal Rules of Civil Procedure." The Court entered an Order and Judgment of Dismissal in the instant action on January 5, 2007. On February 5, 2007, Mr. White filed with the Court the same document that he now has filed on March 23, 2007. The Court construed the February 5, 2007, filing as a Motion to Reconsider and denied the Motion on February 14, 2007. On March 5, 2007, Mr. While filed a Notice of Appeal regarding the January 5, 2007, dismissal. Since this case now is on appeal, the Court lacks jurisdiction to rule on the March 23, 2007, filing. The March 23, 2007, filing, therefore, will not be considered by the Court and is DENIED.

Dated:  March 27, 2007

Copies of this Minute Order mailed on March 27, 2007, to the following:

Larry White
Prisoner No. 43440
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

                                                          Secretary/Deputy Clerk